JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALBERTO VACA,<br><br>　　　Plaintiff,<br><br>v.<br><br>BSI FINANCIAL SERVICES et al.,<br><br>　　　Defendants. | Case No. 2:24-cv-09427-SB-SSC<br><br>FINAL JUDGMENT |

　　　For the reasons stated in the separate order granting Defendants' motions to dismiss entered this day, Plaintiff's claims are dismissed with prejudice.

　　　This is a final judgment.

Date: April 9, 2025

　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1